```
UNITED STATES DISTRICT COURT
  FOR THE DISTRICT OF MASSACHUSETTS


BEHZAD A. SAMIMI,              )
  Plaintiff                    )
                               )
         v.                    )   C.A. No. 12-cv-30220-MAP
                               )
NAI-PLOTKIN/NAI-GLOBAL,        )
ET AL.,                        )
  Defendants                   )
```

ORDER RE: POSSIBLE DISMISSAL

May 27, 2014

**PONSOR, U.S.D.J.**

Nothing has occurred in this case since October 25, 2013. As far as the docket indicates, Defendants have not been served.

The court will dismiss this case for failure to prosecute on June 30, 2014, unless Plaintiff before that date submits a written status report confirming that he intends to proceed with the case and indicating precisely what he intends to do to press forward. Failure to file the status report will result in dismissal.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge